HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KALILU DRAMMEH, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> LOWELL CLARK, *et al.*, <br><br> Respondents. | Case No. 2:20-cv-00045-RAJ <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. # 17);

(2) The Government's motion to dismiss (Dkt. # 10) is **GRANTED**;

(3) Petitioners' habeas petition is **DENIED**;

(4) The temporary stay of removal (Dkt. # 9) is **VACATED**:

(5) This action is **DISMISSED with prejudice**; and

/ / /

/ / /

/ / /

ORDER – 1

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 31st day of August, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2